IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00713-ZLW-BNB

AIDA J. WALTER,

Plaintiff,

v.

CITIBANK (SOUTH DAKOTA), N.A.,
SILVERMAN LAW FIRM, P.C.,
DAVID SILVERMAN,
ERIC R. McLENNAN,
F. EUGENE WESTHAUFER,
HAL R. KYLES,
MANDY HAIGHT,

Defendants.
_____

**ORDER**
_____

The plaintiff commenced this action on April 17, 2006, by filing a Complaint. Defendants Silverman Law Firm, P.C.; David Silverman; Eric R. McLennan; F. Eugene Westhaufer; Hal R. Kyles; and Mandy Haight filed an Answer and Counterclaim on May 8, 2006. The plaintiff has not answered or otherwise responded to the counterclaim. Defendant Citibank has not answered or otherwise responded to the Complaint. Accordingly,

IT IS ORDERED that on or before **July 11, 2006**, the plaintiff shall answer or otherwise respond to the defendants' counterclaim.

IT IS FURTHER ORDERED that the plaintiff shall file proof of service on defendant Citibank on or before **August 18, 2006**.

Dated June 27, 2006.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge