IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00713-ZLW-BNB

AIDA J. WALTER,

    Plaintiff,

v.

CITIBANK (SOUTH DAKOTA), N.A.;
SILVERMAN LAW FIRM, P.C.;
DAVID SILVERMAN,
ERIC R. McLENNAN,
F. EUGENE WESTHAUFER,
HAL R. KYLES,
MANDY HAIGHT,

    Defendants.

---

## ORDER OF DISMISSAL

---

The matter before the Court is Plaintiffs' Motion For Voluntary Dismissal filed June 30, 2006.  In consideration thereof, it is

ORDERED that Plaintiff's Motion For Voluntary Dismissal is granted, and the Complaint and cause of action are dismissed without prejudice.  It is

FURTHER ORDERED that all pending motions are moot.

DATED at Denver, Colorado, this   19   day of July, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court

Case 1:06-cv-00713-ZLW-BNB   Document 9   Filed 07/19/06   USDC Colorado   Page 2 of 2